**Order entered May 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01496-CR

**GABRIEL DAVELLE MERCER BISHOP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 18-10376-86-F**

## ORDER

Before the Court is appellant's May 10, 2019 first motion for extension of time to file his

brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief due June 10, 2019.

/s/     CORY L. CARLYLE
        JUSTICE